**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **FAMA ENERGY RESOURCES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   21-cv-228 |
| v. | ) |
| | ) |
| **ALL AMERICAN REFINERY INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT FOR MONEY DAMAGES

TO THE HONORABLE DISTRICT COURT JUDGE:

FAMA Energy Resources, LLC ("FAMA") submits this Complaint for Money Damages, complaining of All American Refinery Inc. ("AAR") and would respectfully show as follows:

### Parties and Jurisdiction

1.  FAMA is a domestic entity doing business in El Paso County, Texas.

2.  AAR is a foreign entity with its principal place of business in Baton Rouge, Louisiana, and may be served with summons through its registered agent, John McFadden Sr., 1077 Central Parkway S., San Antonio, Texas 78260.

3.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 (diversity jurisdiction), as the matter in controversy exceeds $75,000.00 exclusive of interest and costs, and is between citizens of different States (Texas for Plaintiff and Louisiana/Mississippi for Defendant).

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2) as a substantial part of the events or omissions giving rise to the claim occurred, or a substantial portion of the personal property that is the subject of the action is situated, in this District.

5. An actual controversy between the Plaintiff and Defendant exists as the Plaintiff seeks the return of money spent on undelivered materials pursuant to a contract between the parties.

**Facts**

6. In spring of 2021, FAMA entered into an agreement with AAR for the purchase of 60,000 barrels of ultra-low sulfur diesel ("USDL"). The total purchase price for the 60,000 barrels was $4,705,000.00. FAMA negotiated the terms of the purchase through its offices located in El Paso, Texas.

7. By wire transfer from FAMA's Chase Bank account in El Paso, Texas, and pursuant to the parties' agreement, payment of $2,500,000.00 was paid to AAR on April 28, 2021. A second payment in the amount of $2,205,000.00 from the same account was wire transferred on June 7, 2021.

8. Beginning in May 2021, AAR began shipment of the USDL. Shipments continued through that month and the next, but abruptly halted on June 22, 2021. As of that date, only 31,508.40 barrels of USDL out of the 60,000 barrels owed by AAR had been delivered to FAMA. It was agreed that all of the USDL was to be delivered to FAMA by July 2021.

9. The remaining barrels owed to FAMA have an original purchase price of $2,512.958.70. That value continues to increase over time due to demand for USDL and market fluctuations.

10. Moreover, FAMA purchased the USDL in anticipation of resale of the product to downstream vendors. AAR was aware of FAMA's intended resale of the USDL. Due to AAR's

failure to deliver the remaining barrels, FAMA had to cover pre-existing orders from other suppliers at increased cost. In some instances, FAMA was unable to meet its downstream purchasers' needs. As a result, FAMA has incurred additional costs to cover AAR's breach of the parties' agreement.

11. AAR had agreed to refund the original purchase price of the unshipped USDL by August 9, 2021 but the refund was never received. A written demand for payment of FAMA's damages caused by AAR's breach was made on August 10, 2021 but a response has not been received, requiring the filing of this case.

## Cause of Action

12. FAMA incorporates the preceding paragraphs as if fully set forth at length.

13. There existed a valid and enforceable contract between the parties for the purchase of USDL. FAMA complied with all material obligations by making payment as agreed to AAR. AAR accepted payment and began performance in May 2021 by shipping barrels of USDL to FAMA. However, AAR abruptly and without excuse, stopped shipments of USDL in breach of the parties' agreement. AAR has breached the parties' agreement by failing to comply with its obligation to ship 60,000 barrels of USDL. To date, there remains 38,491.60 barrels of USDL that has not been shipped by AAR to FAMA.

14. All conditions precedent to FAMA's claim have been met.

15. AAR's acts and omissions constitute breach of contract for which FAMA seeks recovery. The value of the non-shipped barrels as of April 2021 approximates $2,512,958.70. That value continues to fluctuate and rise due to market conditions including available supply of USDL and demand for the product.

16. In addition, FAMA has been unable to comply with third party contracts for the resale of the USDL that was promised by AAR. As a result, FAMA has incurred increased expense and loss of market share and profit for the unshipped USDL. FAMA seeks recovery of these increased expenses caused by AAR's breach.

17. It has been necessary for FAMA to retain the undersigned to prosecute this case. FAMA seeks the recovery of attorney's fees incurred in prosecuting this action as additional damages in this case.

## Relief Requested

WHEREFORE, after hearing, FAMA seeks judgment against AAR for money due caused by AAR's breach of the parties' agreement, costs of court, attorney's fees, and other relief to which FAMA shows itself justly entitled.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)

By: /s/ Mark N. Osborn
    Mark N. Osborn
    State Bar No. 15326700
    mosborn@kempsmith.com
    Shelly W. Rivas
    State Bar No. 24003145
    srivas@kempsmith.com

Attorneys for Plaintiff