**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **FAMA ENERGY RESOURCES, LLC,** )<br>)<br>**Plaintiff,**     )<br>)<br>v.           )<br>)<br>**ALL AMERICAN REFINERY INC.,** )<br>)<br>**Defendant.**    ) | 21-CV-00228-DB |

## JUDGMENT

On this day the Court considered Plaintiff's Motion for Summary Judgment (ECF 28). After a review of the pleadings in this cause, it is the Opinion of the Court that the Motion is well-taken and should be granted. The Court further finds that Defendant has not filed a response to Plaintiff's Motion or retained counsel in this matter as ordered by the Court.

IT IS, THEREFORE, ORDERED that Plaintiff FAMA Energy Resources, LLC's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that Plaintiff FAMA Energy Resources, LLC have judgment against Defendant All American Refinery Inc. in the amounts of $2,512,958.70 and reasonable and necessary attorney's fees and costs in the amount of $13,000.00. The damages awarded herein shall bear prejudgment interest at the rate of 5% from September 23, 2021 until the date of entry of this Judgment. It is further ordered the damages awarded herein shall bear post-judgment interest at the rate of 3.91% compounded annually until fully paid.

IT IS FURTHER ORDERED that Plaintiff FAMA Energy Resources, LLC be afforded all post-judgment collection remedies available in law or equity. This Judgment disposes of all claims and parties, and is appealable.

_____
HONORABLE DAVID BRIONES
UNITED STATES DISTRICT COURT JUDGE

9-23-2022